**Olinsky Law Group**
A NATIONAL DISABILITY LAW FIRM
www.windisability.com
1-888-WIN-SSDI

250 South Clinton Street, Suite 210
Syracuse, NY 13202
Telephone: 315-701-5780, Fax: 315-701-5781

11875 High Tech Avenue, Suite 100B
Orlando, FL 32817
Telephone: 407-581-7510, Fax: 407-207-3210

September 30, 2021

*Document Electronically Filed*
Hon. Andrew L. Carter Jr.
United States District Judge
U.S. District Court for the Southern District of New York
United States Courthouse
40 Foley Square, Room 1306
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/1/2021

Re:    Edwards v. Commissioner of Social Security
       Civil Action No: 1:20-cv-08843-ALC

**MEMO ENDORSED**

Dear Judge Carter:

    This letter respectfully requests an extension of time of sixty (60) days for Plaintiff to serve her Motion for Judgment on the Pleadings in this matter. Plaintiff's Motion for Judgment on the Pleadings is currently due on October 4, 2021. However, due to the backlog of transcripts created by COVID-19 and the Commissioner's response, the Commissioner is able to produce records at a rapid pace. As a result, this has caused multiple, simultaneous filing deadlines that cannot be met. Plaintiff cannot meet the current briefing deadline. This extension is needed to thoroughly and properly prepare her Motion. Plaintiff's counsel has contacted defense counsel who consents to this request. This would be a first request to extend the time to serve Plaintiff's Motion.

    If this request is granted, Plaintiff's Motion for Judgment on the Pleadings will be due on **December 3, 2021**. Subsequently, in accordance with the pattern of the Standing Order, the Commissioner's response to the Motion for Judgment on the Pleadings would then be due **February 1, 2022**. Plaintiff's Reply would then be due **February 22, 2022**.

Thank you for your consideration.    Respectfully submitted,

*/s/ Howard D. Olinsky*
Howard D. Olinsky, Esq.
Bar Code H06529
Counsel for Plaintiff

CC [via ECF]: Joseph Anthony Pantoja, Esq. (Counsel for Defendant)

**SO ORDERED.**

Dated: 10/1/2021
       New York, NY

*(signature)*

**Honorable Andrew L. Carter Jr.**
**U.S. District Judge**