**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------X
DARLENE EDWARDS,

                          Plaintiff,                              20 **CIVIL** 8843 (ALC)

          -v-                                                    **JUDGMENT**


COMMISSIONER OF SOCIAL SECURITY,

                          Defendant.
----------------------------------------------------------X

          It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Opinion and Order dated May 10, 2023, upon a thorough consideration of

the evidence, the Court finds that the Commissioner's final decision is supported by substantial

evidence and based upon application of correct legal standards. The Commissioner's motion for

judgment on the pleadings is GRANTED and Plaintiff's motion for judgment on the pleadings is

DENIED; accordingly, the case is closed.

**Dated:**  New York, New York
          May 10, 2023


                                                    **RUBY J. KRAJICK**

                                              _____
                                                    **Clerk of Court**

                                    **BY:**      K. Mango
                                              _____
                                                    **Deputy Clerk**